# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**EUAM FISHERIES (USA),** a Florida Limited Liability Company, and
**XIAO LING,**
Appellants,

v.

**AMERICA SHENG LONG INTERNATIONAL, INC.,**
Appellee.

No. 4D17-1050

[August 3, 2017]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. CACE15-012958 (18).

Lee B. Gartner of Lee B. Gartner, P.A., Coral Springs, for appellants.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***